# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EDGAR ESCOBAR MEJIA, | ) No. ED CV 12-533-DOC (PLA) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| P.D. BRAZELTON, Warden, | ) |
| Respondent. | ) |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 16, 2013

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE